Civil Action No. 2:12-CV-222

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KIMBERLY MOLLER, | § § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CIVIL ACTION NO. _____ |
| FLINT HILLS RESOURCES CORPUS CHRISTI, LLC; FLINT HILLS RESOURCES, LLC; FHR GP, LLC; FHR, LLC D/B/A FHR, LLC (DELAWARE); AND KOCH INDUSTRIES, INC., | § § § § § § § § | |
| DEFENDANTS. | § | |

## DECLARATION OF ALAN HALLOCK

1. "My name is Alan Hallock. I am over the age of eighteen and am otherwise competent to testify to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon my personal knowledge.

2. I am the General Counsel for Flint Hills Resources, LP. In this capacity, I am familiar with the organizational structure of Flint Hills Resources, LP, as well as those of its various related entities, including Flint Hills Resources Corpus Christi, LLC; Flint Hills Resources, LLC; FHR/GP, LLC; FHR Holding, LLC; and Koch Industries, Inc.

3. The sole member of Flint Hills Resources Corpus Christi, LLC is FHRCC, LLC. The sole member of FHRCC, LLC is Flint Hills Resources, LP.

4. One of the partners of Flint Hills Resources, LP is FHR Holding, LLC. The sole member of FHR Holding, LLC is FHR Investments, LP. FHR Investments, LP has 3 partners.

5. The first partner is FHR Investment Reserve III, Inc., a Delaware corporation with its principle place of business in Kansas.

6. The second partner of FHR Investments, LP is Flint Hills Resources, LLC. The sole member of Flint Hills Resources, LLC is Koch Resources, LLC. The sole member of Koch Resources, LLC is Koch Industries, Inc., a Kansas corporation with its principle place of business in Kansas.

7. The third partner of FHR Investments, LP is FHR Treasury, II, Inc., a Delaware corporation with its principle place of business in Kansas.

8. The other partner of Flint Hills Resources, LP is FHR/GP, LLC. The sole member of FHR/GP, LLC is FHR Holding, LLC. The membership of FHR Holding, LLC is set forth in paragraphs 4 – 7.

9. FHR, LLC was renamed and is now FHR Holding, LLC.

10. There is no entity named FHR GP, LLC; the correct name of this entity is FHR/GP, LLC.

11. All of the above information was correct as of May 15, 2012, the date the above-captioned lawsuit was filed, and as of the date of this Declaration.

12. I declare under penalty of perjury that the foregoing is true and correct."

Executed on July 3d, 2012

_____
Alan Hallock

2