Civil Action No. 2:12-CV-222

# EXHIBIT 6

NO. 2012-DCV-2247-C

| | | |
|---|---|---|
| KIMBERLY MOLLER, | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| vs. | § | |
| FLINT HILLS RESOURCES CORPUS CHRISTI, LLC,; FLINT HILLS RESOURCES, LLC; FHR GP, LLC; FHR, LLC D/B/A FHR, LLC (DELAWARE); AND KOCH INDUSTRIES, INC., | § | 94TH JUDICIAL DISTRICT |
| DEFENDANTS. | § | NUECES COUNTY, TEXAS |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on July 6, 2012, Defendants Flint Hills Resources Corpus Christi, LLC; Flint Hills Resources, LLC; FHR GP, LLC[1]; FHR, LLC d/b/a FHR, LLC (Delaware)[2]; and Koch Industries, Inc. ("Defendants") filed a Notice of Removal in the United States District Court for the Southern District of Texas, Corpus Christi Division, for removal of this action to the United States District Court. Pursuant to 28 U.S.C. §1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of that Notice with this Court (attached as <u>Exhibit 1</u>), effectuates removal of this action, and this Court may proceed no further unless the case is remanded.

---

[1] The correct name of this entity is FHR/GP, LLC.

[2] FHR, LLC was renamed and is now FHR Holding, LLC.

1

Dated: July 6, 2012                              Respectfully submitted,

                                                */s/ J. Bradley Spalding*
**J. Bradley Spalding**
State Bar No. 00786253
bspalding@littler.com
**Ashley P. Frankson**
State Bar No. 24059776
afrankson@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 951-9400 – Telephone
(713) 951-9212 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record by certified mail, return receipt requested, on this the 6th day of July 2012, addressed as follows:

R. Rogge Dunn
CLOUSE DUNN LLP
5200 Renaissance Tower, 1201 Elm Street
Dallas, Texas 75270-2142
ATTORNEY FOR PLAINTIFF

                                                */s/ J. Bradley Spalding*
J. Bradley Spalding