**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| KIMBERLY MOLLER, | § | |
|        Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| FLINT HILLS RESOURCES CORPUS | § | CIVIL ACTION NO. 2:12-CV-222 |
| CHRISTI, LLC; FLINT HILLS | § | |
| RESOURCES, LLC; FHR GP, LLC; | § | |
| FHR, LLC D/B/A FHR, LLC | § | |
| (DELAWARE); and KOCH | § | |
| INDUSTRIES, INC., | § | |
|        Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed.R. Civ. P. 7.1 and the Court's Order for Disclosure of Interested Parties,

Plaintiff Kimberly Moller (hereinafter "Plaintiff") provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations,

affiliates, parent corporations, or other entities that are financially interested in the outcome of

this litigation are:

Kimberly Moller
**Plaintiff**

Flint Hills Resources Corpus Christi, LLC
Flint Hills Resources, LLC
FHR/GP, LLC
FHR, LLC d/b/a FHR, LLC (Delaware) now known as FHR Holding, LLC
Koch Industries, Inc., a privately held company
**Defendants**

There are no additional parties, persons or entities to Plaintiff's knowledge that are

financially interested in the outcome of this litigation at this time.

The undersigned are listed for identification purposes only and have no financial interest in the outcome of this litigation.

Dated:  July 24, 2012.

Respectfully submitted,


__/s/ R. Rogge Dunn_____
**R. ROGGE DUNN**
State Bar No. 06249500
Email:  rdunn@rightowork.com
**JOSHUA J. IACUONE**
State Bar No. 24036818
Email: jiacuone@clousedunn.com
**CLOUSE DUNN LLP**
1201 Elm Street, Suite 5200
Dallas, TX 75270-2142
Tel:  (214) 220-3888
Fax: (214) 220-3833

**ATTORNEYS FOR PLAINTIFF
KIMBERLY MOLLER**

PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
R:\9\0918\77777\SubPldgs\Pl's Certificate of Interested Persons.docx
P a g e  | **2**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of July, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

J. Bradley Spalding                                    <u>**VIA ECF**</u>
Ashley P. Frankson
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
**ATTORNEYS FOR DEFENDANTS**

  /s/ Rogge Dunn
ROGGE DUNN
JOSHUA IACUONE