IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **KIMBERLY MOLLER,** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | |
| | § | |
| **FLINT HILLS RESOURCES CORPUS** | § | **CIVIL ACTION NO. 2:12-CV-222** |
| **CHRISTI, LLC; FLINT HILLS** | § | |
| **RESOURCES, LLC; FHR GP, LLC;** | § | |
| **FHR, LLC D/B/A FHR, LLC** | § | |
| **(DELAWARE); AND KOCH** | § | |
| **INDUSTRIES, INC.,** | § | |
| | § | |
| DEFENDANTS. | § | |

## DEFENDANTS' DISCLOSURE OF INTERESTED PERSONS

Pursuant to the Court's Order for Conference and Disclosure of Interested Persons, Defendants Flint Hills Resources Corpus Christi, LLC; Flint Hills Resources, LLC; FHR GP, LLC[1]; FHR, LLC d/b/a FHR, LLC (Delaware)[2]; and Koch Industries, Inc. ("Defendants")[3] file this Disclosure of Interested Persons. The following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that may be financially interested in the outcome of this litigation:

1. Flint Hills Resources, LP

2. Flint Hills Resources Corpus Christi, LLC

3. FHRCC, LLC

4. FHR Holding, LLC

---

[1] The correct name of this entity is FHR/GP, LLC.

[2] FHR, LLC was renamed and is now FHR Holding, LLC.

[3] Flint Hills Resources, LP was at all times Plaintiff's employer and would therefore be the only proper defendant to this action. However, Flint Hills Resources, LP is not a party to this lawsuit.

1

5. FHR Investments, LP

6. FHR Investment Reserve III, Inc.

7. Flint Hills Resources, LLC

8. Koch Resources, LLC

9. FHR Treasury, II, Inc.

10. FHR/GP, LLC

11. Koch Industries, Inc.

Dated: July 24, 2012

Respectfully submitted,

*/s/ J. Bradley Spalding*
**J. Bradley Spalding**
State Bar No. 00786253
Federal I.D. No. 21169
bspalding@littler.com
1301 McKinney Street
Suite 1900
Houston, Texas 77010
(713) 951-9400 – Telephone
(713) 951-9212 – Facsimile

*Of Counsel:*

**Ashley P. Frankson**
State Bar No. 24059776
Federal I.D. No. 1120021
afrankson@littler.com

and

Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been properly served via e-file notification, this 24th day of July 2012 on the following parties:

R. Rogge Dunn
CLOUSE DUNN LLP
5200 Renaissance Tower, 1201 Elm Street
Dallas, Texas 75270-2142
ATTORNEY FOR PLAINTIFF

                                                      */s/ J. Bradley Spalding*
                                                     J. Bradley Spalding